surety for Notary José Y. Fernández by the National Surety Company on September 2, 1914. Decided November 13, 1914. Bond approved. The petitioner appeared by brief *pro se.*

---

No. 309. Ex parte Martínez, Notary Public.—Petition by the National Surety Company for the termination of notarial bond No. 724 executed as surety for Notary José C. Martínez by said company on January 9, 1911. Decided November 30, 1914. Bond terminated to take effect January 29, 1914. The petitioning company appeared by its general agent, Mr. H. F. Besosa.

---

No. 231. Ex parte Felíu, Petitioner.—Petition for the approval of notarial surety bond No. 3400 executed by the National Surety Company on November 27, 1914, as surety for Notary Leopoldo Felíu. Decided December 2, 1914. Bond approved. The petitioner appeared by brief *pro se.*

---

No. 309. Ex parte Martínez, Petitioner.—Petition for the approval of notarial surety bond executed by the Fidelity and Deposit Company of Maryland on December 3, 1914, as surety for Notary José C. Martínez. Decided December 4, 1914. Bond approved. The petitioner appeared by brief *pro se.*

---

No. 375. Ex parte Guzmán, Notary Public.—Petition by the Fidelity and Deposit Company of Maryland for the termination of notarial surety bond executed by said company on June 20, 1914, as surety for Notary Miguel Guzmán Texidor. Decided December 4, 1914. Bond terminated to take